IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| ALBERTO RAMIREZ-LOPEZ,<br><br>    Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | MEMORANDUM DECISION AND ORDER GRANTING PETITIONER'S MOTION TO WITHDRAW § 2255 MOTION<br><br><br><br>Civil Case No. 2:05-CV-210 TS<br>Criminal Case No. 2:03-CR-793 TS |

   This matter is before the Court on Petitioner's pro se Motion for and Notice of Withdrawal of § 2255. On August 7, 2007, the Court issued an Order denying in part Petitioner's § 2255 Motion.[1] The Court then appointed counsel pursuant to Rule 8(c) of the Rules Governing Section 2255 Proceedings for the United States District Courts[2] and set a hearing date to hear evidence on Petitioner's remaining claims.[3] Petitioner has since filed a pro se Motion withdrawing his § 2255 Motion. The Court will grant that Motion.

---

[1]Case No. 2:05-CV-210 TS, Docket No. 5.

[2]Case No. 2:05-CV-210 TS, Docket No. 7.

[3]Case No. 2:05-CV-210 TS, Docket No. 8.

1

It is therefore

ORDERED that Petitioner's Motion to Withdraw § 2255 Motion (Docket No. 9 is Case No. 2:05-CV-210 TS) is GRANTED. It is further

ORDERED that Petitioner's § 2255 Motion (Docket No. 1 in Case No. 2:05-CV-210 TS) is DISMISSED. It is further

ORDERED that the hearing set for November 29, 2007, is STRICKEN. The Clerk of the Court is directed to close this case forthwith.

DATED   September 18, 2007.

BY THE COURT:

_____
TED STEWART
United States District Judge